IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AZTEC CEMENT COMPANY, INC., an Illinois corporation, <br><br> JORGE TORREZ, an individual, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 19 C 3126 <br><br> CHIEF JUDGE REBECCA R. PALLMEYER |

**<u>MOTION FOR ENTRY OF DEFAULT AND JUDGMENT</u>**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, AZTEC CEMENT COMPANY, INC., an Illinois corporation, and JORGE TORREZ, an individual, in the total amount of $22,095.56, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,857.25.

On May 16, 2019, the Summons and Complaint was served on the corporation's president (by tendering a copy of said documents to Jessica Vega) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant Aztec Cement Company, Inc.'s answer was due on June 6, 2019. As Defendant, Aztec Cement Company, Inc., has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

On May 16, 2019, the Summons and Complaint was served on Defendant Jorge Torrez (by tendering a copy of said documents to his spouse, Jessica Vega) at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant Jorge Torrez's answer

was due on June 6, 2019.  As Defendant, Jorge Torrez, has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Aztec Cement\motion-judgment.cmc.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of August 2019:

        Mr. Jorge Torrez, President
        Aztec Cement Company, Inc.
        14225 S. Parker Road
        Homer Glen, IL   60491-9694

        Mr. Jorge Torrez
        14225 S. Parker Road
        Homer Glen, IL   60491-9694

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Aztec Cement\motion-judgment.cmc.df.wpd